Tucker v. Bracken Doc. 1

FILED

2009 MAR 16 PM 3:25

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROBERT TUCKER,

Plaintiff,

v.

CASE NO. 3:09-cv-243-J-32JRK

MANN BRACKEN,

Defendant.

_______________________________________/

## COMPLAINT

ROBERT TUCKER (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against MANN BRACKEN (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."
3. Defendant conducts business in the state of Florida, and therefore, personal jurisdiction is established.
4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1).*
5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202.*



Dockets.Justia.com

## PARTIES

6. Plaintiff is a natural person residing in Jacksonville, Duvall County, Florida.
7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.
8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.
9. Defendant is a national company and conducts business throughout Florida.
10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt that Plaintiff does not owe (see Exhibit A).
12. Defendant calls from the following phone number: 301-882-9975.
13. Defendant calls Plaintiff at 904-771-9872.
14. Defendant is attempting to collect a debt Plaintiff does not owe.
15. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt from Plaintiff's brother's wife, Terry Tucker.
16. Defendant failed to disclose in subsequent communications that the call is from a debt collector when Defendant called and hung up without leaving a message.
17. Defendant placed telephone calls without meaningful disclosure of the caller's identity when Defendant called and hung up without leaving a message.
18. Defendant failed to send Plaintiff a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

a. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

b. Defendant violated *§1692d(6)* of the FDCPA when Defendant called Plaintiff without meaningful disclosure of the caller's identity.

c. Defendant violated *§1692e(2)(A))* of the FDCPA by falsely representing the character, amount, and legal status of Plaintiff's alleged consumer debt because Plaintiff does not owe the debt.

d. Defendant violated *§1692e(10)* of the FDCPA by using false and deceptive means in an attempt to collect a debt from Plaintiff because Plaintiff does not owe the debt alleged by Defendant.

e. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the call was from a debt collector.

f. Defendant violated *§1692f(1)* of the FDCPA by attempting to collect a debt that is not authorized by the agreement because Plaintiff does not owe the debt.

g. Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt

collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

20. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, ROBERT TUCKER, respectfully requests judgment be entered against Defendant, MANN BRACKEN, for the following:

21. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,
22. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,
23. Actual damages,
24. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*
25. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ROBERT TUCKER, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

By: /s/ Aaron D. Radbil
Aaron D. Radbil
Krohn & Moss, Ltd
120 W Madison St, 10th Floor
Chicago, IL 60602
(312) 578-9428 ext. 281
Attorney for Plaintiff
FBN: 0047117

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA

Plaintiff, ROBERT TUCKER, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ROBERT TUCKER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2009

Robert Tucker (RT)
ROBERT TUCKER

**EXHIBIT A**

**<u>TUCKER V. MANN BRACKEN</u>**

Hello, this message is for Terry Tucker. Please call the law offices of Mann Bracken, a debt collector, at 800-678-7720. Thank you.

**EXHIBIT B**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

| | | |
|---|---|---|
| 1. Sleeplessness | (YES) | NO |
| 2. Fear of answering the telephone | (YES) | NO |
| 3. Nervousness | (YES) | NO |
| 4. Fear of answering the door | (YES) | NO |
| 5. Embarrassment when speaking with family or friends | (YES) | NO |
| 6. Depressions (sad, anxious, or "empty" moods) | (YES) | NO |
| 7. Chest pains | (YES) | NO |
| 8. Feelings of hopelessness, pessimism | (YES) | NO |
| 9. Feelings of guilt, worthlessness, helplessness | (YES) | NO |
| 10. Appetite and/or weight loss or overeating and weight gain | (YES) | NO |
| 11. Thoughts of death, suicide or suicide attempts | (YES) | NO |
| 12. Restlessness or irritability | (YES) | NO |
| 13. Headache, nausea, chronic pain or fatigue | (YES) | NO |
| 14. Negative impact on my job | YES | (NO) |
| 15. Negative impact on my relationships | (YES) | NO |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: I suffer from bi-polar disorder, stress depresson and insomnia I have had over 154 calls from various creditors looking for debitors who do not reside here I am treated by the Veterans Administration for the aforementioned illnesess and all this harassment + stress can cause me to "act out" + seek medical help.

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: March 4, 2009

Robert Tucker
Signed Name

Robert Tucker
Printed Name